```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :     19cv11569 (DLC)
VICTOR CARLSTRÖM, STEPHEN BRUNE,         :
VINACOSSA ENTERPRISES AB, VINACOSSA      :          ORDER
ENTERPRISES LTD, BOFLEXIBILITET SVERIGE  :
AB, SBS RESURS DIREKT AB and SPARFLEX    :
AB,                                      :
                                         :
                         Plaintiffs,     :
                                         :
                -v-                      :
                                         :
FOLKSAM ÖMSESIDIG LIVFÖRSÄKRING,         :
SWEDBANK AB, SKATTEVERET,                :
FINANSINSPEKTIONEN, JENS HENRIKSSON,     :
ERIK THEDÉEN, KATRIN WESTLING PALM and   :
others known and unknown,                :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

This case was filed on December 17, 2019. During a March 27, 2020 telephone conference and in a letter to the Court that day, counsel for plaintiffs represented that they had waited until March 17, 2020 to compile the necessary documents to effect service on foreign-located defendants Skatteverket, Finansinspektionen, Erik Thedéen, and Katrin Westling Palm (collectively, the "Unserved Defendants") pursuant to Rule 4, Fed. R. Civ. P. Counsel for plaintiffs further stated that the Clerk of the Court had advised them that the Clerk of the Court was available to effect Rule 4 service on the Unserved

Defendants, but that the ongoing COVID-19 public health emergency could delay service. In the March 27 Letter, plaintiffs' counsel proposed that they be permitted to perform alternative service on the Unserved Defendants by certified mail and avoid the procedures of Rule 4, Fed. R. Civ. P., by which the Clerk of the Court dispatches copies of the Complaint and Summons. Accordingly, it is hereby

ORDERED that the plaintiffs have not demonstrated that the proposed alternative service would be effective.

IT IS FURTHER ORDERED that the plaintiffs shall effect service on the Unserved Defendants through the Clerk of the Court pursuant to Rule 4, Fed. R. Civ. P.

SO ORDERED:

Dated: New York, New York
March 30, 2020

_____
DENISE COTE
United States District Judge