```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
VICTOR CARLSTRÖM, STEPHEN BRUNE,         :
VINACOSSA ENTERPRISES AB, VINACOSSA      :
ENTERPRISES LTD, BOFLEXIBILITET          :      19cv11569 (DLC)
SVERIGE AB, SBS RESURS DIREKT AB and     :
SPARFLEX AB,                             :            ORDER
                                         :
                     Plaintiffs,         :
                                         :
               -v-                       :
                                         :
FOLKSAM ÖMSESIDIG LIVFÖRSÄKRING,         :
SWEDBANK AB, SKATTEVERET,                :
FINANSINSPEKTIONEN, JENS HENRIKSSON,     :
ERIK THEDÉEN, KATRIN WESTLING PALM and   :
others known and unknown,                :
                                         :
                     Defendants.         :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On June 26, 2020, the defendants Jens Henriksson, Swedbank AB, and Folksam Ömsesidig Livförsäkring (the "Moving Defendants") filed motions to dismiss the complaint pursuant to Rules 12(b)(2) and 12(b)(6), Fed. R. Civ. P. On July 10, the plaintiffs filed an amended complaint. Accordingly, it is hereby

ORDERED that the Moving Defendants' June 26, 2020 motions shall be terminated as moot.

IT IS FURTHER ORDERED that the schedule set forth in the March 27 Pretrial Scheduling Order remains in effect, should the Moving Defendants elect to renew their motions to dismiss.

IT IS FURTHER ORDERED that the schedule set forth in the June 8 Pretrial Scheduling Order remains in effect for defendants Finansinspektionen, Skatteverket, Erik Thedéen, and Katrin Westling Palm.

SO ORDERED:

Dated:   New York, New York
         July 14, 2020

                                                  _____
                                                  DENISE COTE
                                                  United States District Judge